```
                        United States Bankruptcy Court
                          Eastern District of New York

In re:                                                         Case No. 16-42208-cec
Mark A Intoccia, Sr.                                           Chapter 7
Patricia L Intoccia
        Debtors              CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin                Page 1 of 2         Date Rcvd: Sep 01, 2016
                              Form ID: 318DF7            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
db/jdb         +Mark A Intoccia, Sr.,    Patricia L Intoccia,    27 Pilot Lane,   Staten Island, NY 10309-2847
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8804656        +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
8804659        +Cap1/l&t,   Po Box 30253,    Salt Lake City, UT 84130-0253
8804660        +Capital One Retail Services,    P O Box 71106,    Charlotte, NC 28272-1106
8804666        +Fnb Omaha,   Po Box 3412,    Omaha, NE 68103-0412
8804667        +Fnb Omaha,   Po Box 2951,    Omaha, NE 68103-2951
8804668        +Hsbc Bank,   11 W 42nd St Fl 24,    New York, NY 10036-8002
8804669        +Lord&taylor,    Po Box 30253,    Salt Lake City, UT 84130-0253
8804671       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Inf Lt,     8900 Freeport Parkway,   Irving, TX  75063)
8804674        +Santander Bank Na,    Po Box 841002,   Boston, MA 02284-1002
8804675        +Santander Bank Na,    865 Brook St,   Rocky Hill, CT 06067-3444
8804677        +Stuart-Lippman & Associates Inc,    5447 E 5th Street, Ste 110,    Tucson, AZ 85711-2345
8804685        +Tri-State Adjustment Onc,    P O Box 3219,    La Crosse, WI 54602-3219
8804687       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD  21701)
8829966        +Wells Fargo Bank, NA,    MAC# D0203-023,    1100 Corporate Center Drive,    Raleigh NC 27607-5066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 01 2016 18:27:45
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 01 2016 18:27:02
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8804655        +EDI: AMEREXPR.COM Sep 01 2016 18:13:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
8804657        +EDI: TSYS2.COM Sep 01 2016 18:13:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
8804658         EDI: BANKAMER.COM Sep 01 2016 18:13:00      Bk Of Amer,   De5-019-03-07,    Newark, DE  19714
8804661        +EDI: CHASE.COM Sep 01 2016 18:13:00      Chase Card,   P.o. Box 15298,
                 Wilmington, DE 19850-5298
8804662        +EDI: CITICORP.COM Sep 01 2016 18:13:00      Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
8804663        +EDI: DISCOVER.COM Sep 01 2016 18:13:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
8804664        +EDI: TSYS2.COM Sep 01 2016 18:13:00      Dsnb Bloom,   9111 Duke Blvd,    Mason, OH 45040-8999
8804665        +EDI: TSYS2.COM Sep 01 2016 18:13:00      Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
8804670        +EDI: MERRICKBANK.COM Sep 01 2016 18:13:00      Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
8804673        +E-mail/Text: bnc@nordstrom.com Sep 01 2016 18:26:56      Nordstrom/td,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
8804676        +EDI: SEARS.COM Sep 01 2016 18:13:00      Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
8804678        +EDI: RMSC.COM Sep 01 2016 18:13:00      Syncb/amazon,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
8804679        +EDI: RMSC.COM Sep 01 2016 18:13:00      Syncb/ashley Homestore,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
8804680        +EDI: RMSC.COM Sep 01 2016 18:13:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
8804681        +EDI: RMSC.COM Sep 01 2016 18:13:00      Syncb/lowes,   Po Box 956005,   Orlando, FL 32896-0001
8804682        +EDI: RMSC.COM Sep 01 2016 18:13:00      Syncb/pc Richard,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
8804683        +EDI: WTRRNBANK.COM Sep 01 2016 18:13:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
8804684        +EDI: CITICORP.COM Sep 01 2016 18:13:00      Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
8804686         EDI: WFFC.COM Sep 01 2016 18:13:00      Wells Fargo,   Credit Bureau Disp,
                 Des Moines, IA  50306
                                                                                             TOTAL: 21

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8804672*      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-infiniti Lt,    2901 Kinwest Pkwy,   Irving, TX  75063)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0207-1          User: admin                Page 2 of 2             Date Rcvd: Sep 01, 2016
                              Form ID: 318DF7            Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Mark A Intoccia, Sr. kzazz007@yahoo.com
              Kevin B Zazzera    on behalf of Joint Debtor Patricia L Intoccia kzazz007@yahoo.com
              Lori Lapin Jones    ljones@jonespllc.com, lljones@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                        TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark A Intoccia Sr.** | Social Security number or ITIN **xxx–xx–3964** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Patricia L Intoccia** | Social Security number or ITIN **xxx–xx–2668** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York<br>271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800 | | |
| Case number:   **1–16–42208–cec** | | Chapter:   **7** |

## Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

   Mark A Intoccia Sr.                                  Patricia L Intoccia

**IT IS FURTHER ORDERED**:

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above–named debtor(s) is closed.

                                                          **BY THE COURT**

Dated: September 1, 2016                        s/ Carla E. Craig<br>                                                         United States Bankruptcy Judge

                          **SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**